## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Dorota Bieniek

                              Plaintiff,

v.

                              Case No.: 1:22−cv−06498

                              Honorable Manish S. Shah

Cental States Southeast and Southwest Areas Health and Welfare and Pension Funds

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 5, 2023:

      MINUTE entry before the Honorable Manish S. Shah: The motion to dismiss without prejudice [21] is denied and the unopposed motion to dismiss with prejudice [22] is granted. The case is voluntarily dismissed with prejudice. Fed. R. Civ. P. 41(a)(2). Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.